UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER JAMES MARTINEZ,<br>　　　　Petitioner,<br>　v.<br>DANIEL PARAMO, Warden,<br>　　　　Respondent. | NO. CV 14-8348-CAS (AGR)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition in this matter is denied and dismissed with prejudice.

DATED: September 28, 2016

_____
CHRISTINA A. SNYDER
United States District Judge